UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  BENEDICT VINCENT SOKOLOWSKI  :  CHAPTER 13
       Debtor(s)                          :
                                      :
    CHARLES J. DEHART, III          :
    STANDING CHAPTER 13 TRUSTEE  :
       Movant                        :
                                      :
       vs.                        :
                                    :
    BENEDICT VINCENT SOKOLOWSKI :
       Respondent(s)              :  CASE NO.   5-18-bk-03468

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

        AND NOW, this   19th   day of November, 2018, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

        1.   Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(2) in that the debtor(s) has not provided for full payment, in deferred cash payments, of all claims entitled to priority under 11 U.S.C. Sec. 507.

        2.   Debtor(s)' plan violates 11 U.S.C. Sec. 1325(a)(4) in that the value of property to be distributed under the plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7.   More specifically, debtor's have excess non-exempt equity in the following:

        a.   Residential real estate.

       3.   The Trustee avers that debtor(s)' plan is not feasible based upon the following:

        a.   Insufficient Monthly Net Income as indicated on Schedules I and J.
        b.   Secured claims not in plan.
        c.   Plan ambiguous – payment.

        WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

        a.   Deny confirmation of debtor(s) plan.
        b.   Dismiss or convert debtor(s) case.
        c.   Provide such other relief as is equitable and just.

                Respectfully submitted

                /s/Charles J. DeHart, III _____
                Standing Chapter 13 Trustee
                8125 Adams Drive, Suite A
                Hummelstown, PA 17036
                (717) 566-6097

<u>CERTIFICATE OF SERVICE</u>

        AND NOW, this   4th   day of December, 2018, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Patrick Best, Esquire
18 N. 8th Street
Stroudsburg, PA   18360

/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee