UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: BENEDICT VINCENT SOKOLOWSKI and LYNDA JO SOKOLOWSKI  Debtors | : : : : | CHAPTER 13 |
| JACK N. ZAHAROPOULOS, STANDING CHAPTER 13 TRUSTEE  Movant | : : : : | |
| BENEDICT VINCENT SOKOLOWSKI and LYNDA JO SOKOLOWSKI  Debtors/Respondents | : : : | CASE NO.   5:18-bk-03468-MJC  MOTION FOR RECONSIDERATION |

### **ORDER**

Upon consideration of Trustee's Motion for Reconsideration of the April 6, 2022 Order granting Debtors' Motion to Dismiss, Dkt. #91 ("Motion"), any responses filed thereto, and after a hearing held on April 26, 2022,

**IT IS HEREBY ORDERED**, that the Motion is **GRANTED**, and the Order of April 6, 2022 is vacated.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: April 26, 2022