# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: BENEDICT VINCENT SOKOLOWSKI & LYNDA JO SOKOLOWSKI | Bankruptcy No.: 5:18-bk-03468-MJC |
| | CHAPTER 13 |
| JACK N. ZAHAROPOULOS, STANDING CHAPTER 13 TRUSTEE  Movant | |
| BENEDICT VINCENT SOKOLOWSKI And LYNDA JO SOKOLOWSKI  Debtors/Respondents | |

## ORDER

Upon consideration of the parties' Stipulation Resolving Trustee's Motion For Reconsideration of Order Dismissing Case and Trustee's Limited Objection to Debtors' Motion to Approve Sale of real property, the Stipulation is hereby adopted as an Order of Court. Consistent with this Stipulation, the Court hereby ORDERS as follows:

1. The Trustee's Motion to Reconsider is GRANTED and the Order dated April 6, 2022 dismissing Debtors' Chapter 13 case shall be VACATED;

2. Debtors' Motion for Sale is GRANTED provided that Debtors pay to the Chapter 13 Trustee on sale the sum of $110,000 and all creditors with a security interest in Debtors' real property shall be paid on sale;

3. Debtors shall move to amend their Chapter 13 Plan within thirty (30) days to account for this sale and shall propose to pay $5,000 per month for the duration of the Plan.

4. Debtors shall not receive a discharge in bankruptcy if they do not make all of the payments provided for in the amended plan in addition to the $110,000 lump sum payment at settlement.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: May 3, 2022