UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

BENEDICT VINCENT SOKOLOWSKI & : Case No.: 5:18-bk-03468-MJC
:
LYNDA JO SOKOLOWSKI :
    Debtor(s) : CHAPTER 13
:
Jack N. Zaharopoulos, :
Chapter 13 Trustee :

## STIPULATION

AND NOW, this ___ of July, 2022 the Debtors and the Pike County Tax Claim Bureau (hereinafter referred to as PCTCB), do hereby agree to the following stipulation to resolve Pike County Tax Claim Bureau's Objection to Debtors Motion to incur debt:

1. Debtors filed a motion seeking to incur Debt which the PCTCB timely objected to.

2. The parties hereby Stipulate as follows:
   a. As of the date of sale Debtors owe past due Real Estate and School property taxes for the subject premises which are set accurately forth in PCTCB's Proof of Claim.
   b. The amount of debt in Proof of Claim debt may be reduced by any amounts fully paid through the Trustee's Office against PCTCB's Proof of Claim.
   c. There are Post Petition amounts due for the Subject Property which Debtors will pay their Pro Rata portion due as of the date of closing.
   d. Debtors will obtain the amounts presently due and owing to the PCTCB for the sale of the property and provide same to Buyers' Title Company.

3. The parties request this Stipulation be adopted as an Order of Court.

_____          _Patrick J. Best_____
Benedict Vincent Sokolowski, Debtor    Counsel for Debtors

_____          _Mark Moulton_____
Lynda Jo Sokolowski, Joint Debtor     Mark Moulton, as Counsel for PCTCB

                                   _____
                                   Agatha McHale, Esq.
                        for        Jack N. Zaharopoulos
                                   Chapter 13 Trustee