UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

BENEDICT VINCENT SOKOLOWSKI &  : Case No.: 5:18-bk-03468-MJC

                                                 :

LYNDA JO SOKOLOWSKI                 :

          Debtor(s)                :       CHAPTER 13

                                                   :

      Jack N. Zaharopoulos,        :
      Chapter 13 Trustee          :

ORDER
_____

        IT IS HEREBY ORDERED that the Stipulation of Settlement filed on July 13th , 2022 with

regard to Debtors' Motion to Incur Debt (#101) and Pike County Tax Claim Bureaus' Objection(s) thereto

(#103), in the above matter is APPROVED.

       Dated:                                        BY THE COURT,