UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

BENEDICT VINCENT SOKOLOWSKI
LYNDA JO SOKOLOWSKI

    Debtor(s)

Jack N. Zaharopoulos,
Chapter 13 Trustee

Case No.: 5:18-bk-03468-MJC

CHAPTER 13

## ORDER

Upon consideration of the Stipulation filed in the above-captioned case at Dkt. # 112 ("Stipulation") with regard to Debtors' Motion to Incur Debt, Dkt. #101 ("Motion") and the Pike County Tax Claim Bureau's Objection thereto, Dkt. #103 ("Objection"), in the above-captioned case, it is hereby

**ORDERED** that the Stipulation is **APPROVED**.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: July 19, 2022